**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 339 MAL 2021

            Respondent           :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

            v.                     :

TORIANO CHAZ GOLDMAN,         :

            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.